BLANCHE G. JOSIAS, Appellant, v. DAVID ROSENBERG, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. CATHERINE THORN AIKEN MALONEY, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

JOHN W. O'DONNELL, Respondent, v. ALICE C. DUFFY, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY ROTHMAN, Respondent, v. MAUJER WET WASH LAUNDRY, INC., etc., Appellant. MAX FISHBERG and Another, Defendants.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

NOAH SILBERBERG, Appellant, v. CITIZENS WATER SUPPLY COMPANY OF NEW-TOWN, Respondent.— Motion denied on condition that defendant file the stipulation tendered upon the argument, and be ready to try the case at the February term, 1922. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

JACOB SILFEN and LENA SILFEN, Appellants, v. SADIE ELLMAN and Others, Respondents.— Motion granted, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SUBURBAN CONTRACTING COMPANY, INC., Respondent, v. LOUISE BLUMENTHAL, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. PUBLIC SERVICE CORPORATION OF LONG ISLAND, Respondent.— Motion for an injunction pending the appeal denied. Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order on notice, with questions to be submitted, before the presiding justice.

BENJAMIN WEINTRAUB, Respondent, v. GUSTAVE E. KRUSE, Appellant.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

DELIA BEER, as Administratrix, etc., of GEORGE V. BEER, Deceased, Respondent, v. JOHN J. GUINAN CONTRACTING COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

EMIEL R. FUCHS, Appellant, v. FRANK OLIVER, Respondent.— Judgment reversed, with costs, and judgment directed in favor of plaintiff, with costs. The seventh finding of fact and the first conclusion of law are reversed. The first, second, third, fourth, fifth, sixth, seventh, eighth and ninth findings of fact, and the first, second, third and fourth conclusions of law as submitted to the learned trial court by the plaintiff are found. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. Settle order on notice.

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT and Another, Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

PASQUALE GENZALE, Respondent, v. ANTHONY BLUMENSTETTE, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.